SO ORDERED.
SIGNED this 7th day of June, 2013

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Marcia Phillips Parsons
UNITED STATES BANKRUPTCY JUDGE

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

In re

| | |
|---|---|
| ROBERT LEE WHITAKER and PHYLLIS LUCILLE WHITAKER, | No. 09-50301 Chapter 7 |
| Debtors. | |
| ROBERT LEE WHITAKER and PHYLLIS LUCILLE WHITAKER, Plaintiffs, vs. BANK OF AMERICA, Defendant. | Adv. Pro. No. 13-5008 |

## O R D E R

In accordance with the memorandum opinion filed herewith, the defendant's motion to dismiss is granted without prejudice to the plaintiffs and with leave for them to file a motion for contempt.

# # #